UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| GoPro, Inc.,<br><br>                    **Plaintiff,**<br><br>  v.<br><br>  **UNITED STATES,**<br>                    **Defendant.** | **S U M M O N S**<br><br>Court No. 23-00015 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry: VARIOUS, see Schedule A. | Center (if known): |
| Protest Number: Four (4) protests, see Sched. A | Date Protest Filed: 7/07/2022, 11/15/22 |
| Importer: GoPro, Inc. | Date Protest Denied: 8/04/2022, 12/10/22 |
| Category of Merchandise: Camera Housings | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Schedule A | (attached) | (attached) | | | |
| | | | | | |
| | | | | | |
| Lead Entry: K80-0005310-9 | 04/08/22 | | | | |

Alena A. Eckhardt

Junker & Nakachi, PC
50 California Way, Suite 1500
San Francisco, CA  94111
(415) 498-0070

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| GoPro Camera Housings | 4202.99.9000, HTSUS | 20% ad valorem | HTSUS 8529.90.86 or 3926.90.99 | Duty free, or 5.3% ad valorem |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: |
| Whether imported camera housings are properly classified as 'camera parts' under heading 8529, HTSUS, 'other articles of plastic' under heading 3926, HTSUS, or 'camera cases' of heading 4202, HTSUS. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

*/s/ Alena A. Eckhardt*
Signature of Plaintiff's Attorney

*01.24.2023*
Date

**Schedule A Attachment to Summons**

**Plaintiff:** GOPRO, INC.
**Port of Entry:** Louisville, Kentucky - 4115

**Port Address:** U.S. Customs and Border Protection
Louisville International Airport
650 Administration Drive
Louisville, KY 40209

|    | Protest No.   | Protest Date | Deemed Denial of Protest | Entry No      | Entry Date  | Liquidation Date |
|----|---------------|--------------|--------------------------|---------------|-------------|------------------|
| 1  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005310-9 | 5/10/2021   | 4/8/2022         |
| 2  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005311-7 | 5/17/2021   | 4/15/2022        |
| 3  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005312-5 | 5/24/2021   | 4/22/2022        |
| 4  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005313-3 | 5/31/2021   | 4/29/2022        |
| 5  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005314-1 | 6/7/2021    | 5/6/2022         |
| 6  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005358-8 | 3/21/2022   | 5/6/2022         |
| 7  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005315-8 | 6/14/2021   | 5/13/2022        |
| 8  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005316-6 | 6/21/2021   | 5/20/2022        |
| 9  | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005318-2 | 6/28/2021   | 5/27/2022        |
| 10 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005320-8 | 7/5/2021    | 6/3/2022         |
| 11 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005363-8 | 4/18/2022   | 6/3/2022         |
| 12 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005321-6 | 7/12/2021   | 6/10/2022        |
| 13 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005322-4 | 7/19/2021   | 6/17/2022        |
| 14 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005323-2 | 7/26/2021   | 6/24/2022        |
| 15 | 411522100946  | 7/7/2022     | 8/4/2022                 | K80-0005324-0 | 8/2/2021    | 7/1/2022         |
| 16 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005325-7 | 8/9/2021    | 7/8/2022         |
| 17 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005326-5 | 8/16/2021   | 7/15/2022        |
| 18 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005327-3 | 8/23/2021   | 7/22/2022        |
| 19 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005328-1 | 8/30/2021   | 7/29/2022        |
| 20 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005329-9 | 9/6/2021    | 8/5/2022         |
| 21 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005330-7 | 9/13/2021   | 8/12/2022        |
| 22 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005331-5 | 9/20/2021   | 8/19/2022        |
| 23 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005332-3 | 9/27/2021   | 8/26/2022        |
| 24 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005333-1 | 10/4/2021   | 9/2/2022         |
| 25 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005334-9 | 10/11/2021  | 9/9/2022         |
| 26 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005371-1 | 6/6/2022    | 8/12/2022        |
| 27 | 411522100972  | 11/15/2022   | 12/10/2022               | K80-0005383-6 | 6/24/2022   | 8/12/2022        |

**Schedule A Attachment to Summons**

**Plaintiff:** GOPRO, INC.
**Port of Entry:** Los Angeles/Long Beach Seaport, California - 2704

**Port Address:** U.S. Customs and Border Protection
301 E. Ocean Blvd.
Suite 1400
Long Beach, CA 90802

|    | Protest No.  | Protest Date | Deemed Denial of Protest | Entry No     | Entry Date | Liquidation Date |
|----|--------------|--------------|--------------------------|--------------|------------|------------------|
| 1  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005212-7 | 2/18/2021 | 1/14/2022        |
| 2  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005213-5 | 2/25/2021 | 1/21/2022        |
| 3  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005214-3 | 3/4/2021  | 1/28/2022        |
| 4  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005215-0 | 3/11/2021 | 2/4/2022         |
| 5  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005216-8 | 3/18/2021 | 2/11/2022        |
| 6  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005217-6 | 3/25/2021 | 2/18/2022        |
| 7  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005218-4 | 4/1/2021  | 2/25/2022        |
| 8  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005219-2 | 4/8/2021  | 2/25/2022        |
| 9  | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005220-0 | 4/15/2021 | 3/11/2022        |
| 10 | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005221-8 | 4/22/2021 | 3/18/2022        |
| 11 | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005222-6 | 4/29/2021 | 3/25/2022        |
| 12 | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005223-4 | 5/6/2021  | 4/1/2022         |
| 13 | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005224-2 | 5/13/2021 | 4/8/2022         |
| 14 | 270422160993 | 7/7/2022     | 8/4/2022                 | K80-0005230-9 | 6/3/2021  | 4/29/2022        |

Schedule A Attachment to Summons

**Plaintiff:** GOPRO, INC.
**Port of Entry:** Chicago, Illinois - 3901

**Port Address:** U.S. Customs and Border Protection
5600 Pearl Street
Rosemont, IL 60018

|   | Protest No. | Protest Date | Deemed Denial of Protest | Entry No | Entry Date | Liquidation Date |
|---|---|---|---|---|---|---|
| 1 | 390122127750 | 11/15/2022 | 12/10/2022 | K80-2134516-1 | 08/24/20221 | 7/22/2022 |